4/22/25, 3:06 PM                                                                                         Margarette Duverger

| | | |
|---|---|---|
| Lead | [Search box] Search 🔍 🔔1 ❓ | Manager ▾ & Broker Juan Urbina- Eagle Team | www.findyourhome123now.com ▾ |

☐Call ☐Log in as User  Send to Pond  ☐Add Saved Search  Add Market Report
Offline Loading...
Start Date: Fri 10/4/2024 12:07 AM
Last Active: Fri 10/4/2024 12:07 AM
☐Previous  Search Results  Next☐

Name  [Margarette] [Duverger]
Phone [(305) 333-9074]
This lead's phone number has been marked as a wrong/bad phone number. Click to mark as a "Good" phone number.
Click to mark as a "Wrong" phone number.
Location: Florida
Local Time: Tue, Apr 22 03:06 PM
Email [magga214@hotmail.com]
This lead's email has been marked as a wrong/bad email. Click to mark as a "Good" email.
Click to mark as a "Wrong" email.
[Twitter] [LinkedIn]
Alt Phn [    ]
Office [    ]
Fax [    ]
Address [    ]
City [    ]
St [    ]
Zip [    ]
☐Important Date
Type [Buyer ▾]
Status [Blank ▾]
Area N/A
Timeframe [ ▾]
Urgency [ ▾]
Agent [Mr. Francis & Broker Juan Urbina- Eagle Team ▾]

## Margarette Duverger

Start Date: 10/04/2024 12:07 AM
Last Active: 10/04/2024 12:07 AM
(305) 333-9074   Florida / 3:06 PM
magga214@hotmail.com
✏ Edit  ☐Log in as User
☐Email
☐Activity
☐SMS
☐Chat
Postcard
☐Call
✔ Save

Name [Margarette] [Duverger]
Phone [3053339074]
☐ Wrong #
Email [magga214@hotmail.com]
Wrong email - fix to remove this warning.
[Twitter] [LinkedIn]

Lead Details  Secondary ContactNONE  Important NotesNONE  Source: Facebook Lead Ads - Buyer  Tags: 0
☐Activity
Follow-up
☐Email
Workflow
☐Chat
☐SMS
Postcard
Type [Called/No Answer ▾]
Time
📅 [04/22/2025 03:06 PM]
All times EDT
Notes [                    ]
[Save]
Add Follow-up
User [                    ▾]

Logged in as Mr. Francis & CRM /

https://leads.realgeeks.com/leads/61396810#close                                                                         1/3

4/22/25, 3:06 PM                                                                Margarette Duverger



☰ Lead Manager                                                🔔1  ❓             Mr. Francis & Broker Juan Urbina- Eagle Team
                                                                                 www.findyourhome123now.com ▼

○ On A Specific Date
○ On A Recurring Basis
☐ Mark as "All Day" event

**Date**
📅 04/22/2025 03:06 PM
All times EDT

**Notes**

**Reminders** ➕ Add Reminder

[Save]

Email address has been marked as 'Wrong'.
☐New Blank/Template Email
Correspond via Chat
☐Open Live Chat
[I agree]
Correspond via SMS
☐Open SMS  Opt Out Lead
Need help? Check out our texting docs.
Send customized postcards to lead.
Send As [Default Sender (Mr. Francis & Broker Juan Urbina- Eagle Team) ▼]  Send Postcard

**Follow-ups**
There are no follow-ups within the next 7 days.

**Activity Summary Stats**
0 searches
0 visits
0 properties viewed
0 saved searches
0 favorited properties
0 contact emails
No searches yet.
No email updates yet.

**Activity History**

| Name | | Date | |
|---|---|---|---|
| Source: drip | Buyer Margarette Duverger Drip Subscription Terminated | Tuesday, December 24, 2024 02:09 AM | Terminated subscription to drip campaign #44380 (Buyers LF JR). Reason: Subscription complete |
| Source: drip | Mr. Francis & Broker Juan Urbina- Eagle Team ☐Sent Text Buyer Margarette Duverger | Tuesday, December 24, 2024 02:09 AM | Our Exclusive Offer to You: Call your home expert today and start packing - (954) 367 9316  1. Gift Certificate of $1000 toward your closing costs  2. Closing Cost Assistance: $4000 to $6000.  3. Historical Low-interest rates: 2.75% to 3.33%  4. Credit Restoration (No COST to you. Our Goal is to get you the financing programs and your dream home) your Coordinator Mr. Francis - Mr. Francis from findyourhome123now.com -- sent from: 8336572861, to: 3053339074 |
| Source: drip | Mr. Francis & Broker Juan Urbina- Eagle Team ☐Sent Text Buyer Margarette Duverger | Tuesday, December 24, 2024 01:08 AM | I hope my last text went through. Do you have a moment to chat and see about viewing a property? Coordinator Mr. Francis For Broker Juan Urbina - Mr. Francis from findyourhome123now.com -- sent from: 8336572861,    to: 3053339074 |
| Source: drip | Mr. Francis & Broker Juan Urbina- Eagle Team ☐Sent Text Buyer Margarette Duverger | Monday, December 23, 2024 01:08 AM | I just tried to reach you about your real estate inquiry. I'm checking to see when you want to view a property? Can you chat? Mr. Francis Coordinator for Broker Juan Urbin Mr. Francis from findyourhome123now.com -- If you prefer I only call you, reply STOP to opt out of all texts. -- sent from: 8336572861,    to: 3053339074 |
| Source: texting system | Mr. Francis & Broker Juan Urbina- Eagle Team ☐Sent Text Buyer Margarette Duverger | Monday, October 07, 2024 07:16 PM | Logged in as Mr. Francis •  Broker Associate ,Juan Urbina Jr.& Administrator, Mr. Francis Acquisition & Sales Cell Direct 305 753 7393 Team Number: 954 367-9316 -- sent from: 8336572861, to: 3053339074 |

CRM /

https://leads.realgeeks.com/leads/61396810#close                                                                          2/3

| Lead Manager<br>Source: texting system | Mr. Francis & Broker Juan Urbina- Eagle Team<br>☐Sent Text<br>Buyer Margarette Duverger | Monday, October 07, 2024 07:16 PM | & Broker Juan Urbina- Eagle Team | would be good for me to contact you today or any other day would be good for you? Start your home search and explore the MLX at: www.findyourhome123now.com. -- sent from: 8336572861,   to: 3053339074<br>Lead no longer new for Mr. Francis & Broker Juan Urbina- Eagle Team |
| --- | --- | --- | --- | --- |
| Source: drip | Buyer Margarette Duverger<br>☐Email Failed | Friday, October 04, 2024 08:03 PM | | From: buyyourhome123@gmail.com<br>To: magga214@hotmail.com<br>Subject: Welcome To Simple Property Solutions |
| Source: drip | Buyer Margarette Duverger<br>☐Bad Email Flagged | Friday, October 04, 2024 12:09 AM | | |
| Source: drip | Buyer Margarette Duverger<br>☐Email Bounced | Friday, October 04, 2024 12:09 AM | | From: buyyourhome123@gmail.com<br>To: magga214@hotmail.com<br>Subject: Welcome To Simple Property Solutions |
| Source: drip | Buyer Margarette Duverger<br>Drip Subscription Terminated | Friday, October 04, 2024 12:09 AM | | Terminated subscription to drip campaign #35299 (Simple Property Solutions welcome email). Reason: Subscription complete |
| Source: drip | Buyer Margarette Duverger<br>Drip Subscription Created | Friday, October 04, 2024 12:07 AM | | Subscribed to drip campaign #35299 (Simple Property Solutions welcome email). Reason: Automatically subscribed via filters: Lead Source: ["Any Source"] AND Assigned Agent: ["Any Agent"] with source: Facebook Lead Ads - Buyer and Sender: Mr. Francis & Broker Juan Urbina- Eagle Team |
| Source: drip | Buyer Margarette Duverger<br>Drip Subscription Created | Friday, October 04, 2024 12:07 AM | | Subscribed to drip campaign #44380 (Buyers LF JR). Reason: Automatically subscribed via filters: Lead Source:["Any Source"] AND Assigned Agent: ["Mr. Francis & Broker Juan Urbina- Eagle Team"] with source: Facebook Lead Ads - Buyer and Sender: Mr. Francis & Broker Juan Urbina- Eagle Team |
| | Buyer Margarette Duverger<br>☐Created | Friday, October 04, 2024 12:07 AM | | Lead was created. |
| | Buyer Margarette Duverger<br>☐Was Assigned<br>Mr. Francis & Broker Juan Urbina- Eagle Team | Friday, October 04, 2024 12:07 AM | | |
| | Buyer Margarette Duverger<br>☐Note | Friday, October 04, 2024 12:07 AM | | Lead originated from Facebook Lead Ad<br>Full name: Margarette Duverger<br>Phone number: +13053339074<br>Email: magga214@hotmail.com<br>User provided phone number: +13053339074 |

First Previous
Go to page 1 of 1
Showing 1–15 of 15
Next Last
We're fetching this message, be right back...