IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MARGARETTE DUVERGER, individually and on behalf of all others similarly situated,    *Plaintiff*, v. UNITED REALTY GROUP, INC.,    *Defendant*. | No. 0:25-cv-60378-DMM |

## PLAINTIFF'S RESPONSE TO SHOW CAUSE AND NOTICE OF INTENT TO AMEND

Plaintiff Duverger provides notice of her intent to file an amended complaint within the time provided by Rule 15(a)(1)(B), by Friday, May 16, 2025. Rule 15(a)(1)(B) provides that a "party may amend its pleading once as a matter of course no later than… 21 days after service of a motion under Rule 12(b), (e), or (f)." Fed. R. Civ. P. 15(a)(1)(B). On April 25, 2025, Defendant filed its motion to dismiss. Accordingly, Plaintiff's amended complaint is due to be filed by May 16, 2025. The filing of the amended complaint moots Defendant's motion to dismiss the original complaint. *See, e.g., Marcheco v. Jo-Ann Stores, LLC*, No. 18-20564-Civ-COOKE/GOODMAN, 2018 U.S. Dist. LEXIS 98845 (S.D. Fla. June 12, 2018) (finding motion to dismiss and strike class allegations directed towards original complaint moot after granting leave to amend the complaint).

Dated: May 14, 2025

Respectfully submitted,

*/s/ Avi R. Kaufman*
Avi R. Kaufman, Esq. (FL Bar No. 84382)
Rachel E. Kaufman, Esq. (FL Bar No. 87406)
**KAUFMAN P.A.**
237 South Dixie Highway, Floor 4

Coral Gables, Florida 33133
rachel@kaufmanpa.com
kaufman@kaufmanpa.com
(305) 469-5881

*Counsel for Plaintiff and all others similarly situated*